| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Kuntz, William F. | 2. Court or Organization United States District Court | 3. Date of Report 04/17/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge (Active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley NY Municipal Money TR AA Sweep | A | Interest | M | T | Open | 1/3/2011 | M | | |
| 2. Aflac Inc.a | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 3. AOL Inc. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 4. Abbott Laboratories, Inc. | A | Dividend | L | T | Open | 1/3/2011 | L | | |
| 5. Air Products and Chemicals Inc. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 6. Altria Group, Inc. | A | Dividend | L | T | Open | 1/3/2011 | L | | |
| 7. American Express Co. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 8. Anglo American PLC ADR | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 9. Anheuset-Busch | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 10. Ansys Inc. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 11. Apple Inc. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 12. Automatic Data Processing Inc. | B | Dividend | L | T | Open | 1/3/2011 | L | | |
| 13. Avon Products Inc. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 14. Berkshire Hathaway Inc.Class B | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 15. Brinker International Inc. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 16. Bristol Myers Inc. | B | Dividend | L | T | Open | 1/3/2011 | L | | |
| 17. Chevron Corp. | C | Dividend | K | T | Open | 1/3/2011 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Coca-Cola Co. | A | Dividend | L | T | Open | 1/3/2011 | L | | |
| 19. ConocoPhillips | B | Dividend | K | T | Open | 1/3/2011 | K | | |
| 20. Walt Disney Inc. | B | Dividend | K | T | Open | 1/3/2011 | K | | |
| 21. Dominion Resources Inc. Va New | B | Distribution | K | T | Open | 1/3/2011 | K | | |
| 22. E I Du Pont De Nemours & Co | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 23. Emerson Electric Co. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 24. Exxon Mobil Corp. | B | Dividend | M | T | Open | 1/3/2011 | M | | |
| 25. Frontier Communications Corp | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 26. General Electric | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 27. General Mills Inc. | D | Dividend | M | T | Open | 1/3/2011 | M | | |
| 28. Glaxosmithkline PLC SP ADR | B | Dividend | K | T | Open | 1/3/2011 | K | | |
| 29. Hubbell Inc. Class B | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 30. Intel Corp | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 31. International Business Machines Corp. | B | Dividend | L | T | Open | 1/3/2011 | L | | |
| 32. Johnson & Johnson | B | Dividend | K | T | Open | 1/3/2011 | K | | |
| 33. Koninklijke Philips Electronics NS Spon ADR New | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 34. Kraft Foods Inc. Class A | B | Dividend | K | T | Open | 1/3/2011 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Linear Technology Corporation | B | Dividend | K | T | Open | 1/3/2011 | K | | |
| 36. Marsh & McLennanCos. | C | Dividend | M | T | Open | 1/3/2011 | M | | |
| 37. Medco Health Solutions Inc. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 38. Merck & Co. Inc. | B | Dividend | K | T | Open | 1/3/2011 | K | | |
| 39. Meridian Bioscience Inc. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 40. Microsoft Corp. | B | Dividend | L | T | Open | 1/3/2011 | L | | |
| 41. Moodys Corp. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 42. Norfolk Southern Corp. | C | Dividend | M | T | Open | 1/3/2011 | M | | |
| 43. Pepsico Inc. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 44. Philip Morris Int. Inc. | D | Dividend | M | T | Open | 1/3/2011 | M | | |
| 45. Piedmont Natural Gas | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 46. Plum Creek Timber Co. Inc. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 47. Praxair Inc. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 48. Procter & Gamble Co. | C | Dividend | M | T | Open | 1/3/2011 | M | | |
| 49. Royal Dutch Shell PLC ADR CL A | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 50. Sysco Corp. | A | Distribution | J | T | Open | 1/3/2011 | J | | |
| 51. 3M Company | B | Dividend | K | T | Open | 1/3/2011 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kuntz, William F. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Time Warner Inc. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 53. Time Warner Cable Inc. | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 54. Total S.A. Spons ADR | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 55. US Bancorp Del | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 56. Union Pacific Corp. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 57. Verizon Communications | B | Distribution | K | T | Open | 1/3/2011 | K | | |
| 58. Vodafone Group PLC Spons ADR | A | Dividend | J | T | Open | 1/3/2011 | J | | |
| 59. Wal-Mart Stores Inc. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 60. Weyerhauser Co. | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 61. IShares MSCI Australia Index Fund | B | Dividend | K | T | Open | 1/3/2011 | K | | |
| 62. Vanguard MSCI Emerging Markets | A | Dividend | K | T | Open | 1/3/2011 | K | | |
| 63. Emerson Electric Co. | A | Dividend | L | T | Distributed (part) | 12/21/11 | L | A | |
| 64. Fidelity Growth and Income | A | Distribution | N | T | Open | 1/3/2011 | N | | |
| 65. Fidelity Cash Reserves | A | Distribution | N | T | Open | 1/3/2011 | N | | |
| 66. Merrill Lynch Black Rock High Income Fund | A | Distribution | N | T | Open | 1/3/2011 | N | | |
| 67. Sun Trust USLife | A | Distribution | N | T | Open | 1/3/2011 | N | | |
| 68. Putnam Funds | A | Dividend | J | T | Open | 1/3/2011 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. Alliance Capital growth | | None | J | T | | | | | |
| 71. Sun America Capital Appreciation | | None | K | T | | | | | |
| 72. S.A. 1 year fixed no MVA | | None | J | T | | | | | |
| 73. S.A. Intl Grw & Income | | None | K | T | | | | | |
| 74. MFS Total Return | | None | K | T | | | | | |
| 75. Citibank Deposit program | | None | J | T | | | | | |
| 76. Ishares MXCI Emg Mkts Index Fund | | None | J | T | | | | | |
| 77. Invesco Constellation Fund Class A | | None | J | T | | | | | |
| 78. DWS Communications Fund Class A | | None | J | T | | | | | |
| 79. Legg Mason CB Large Cap Growth | | None | J | T | | | | | |
| 80. Legg Mason Global Currents | | None | K | T | | | | | |
| 81. Putnam Voyager Fund Inc Cl. A | | None | K | T | | | | | |
| 82. Washington Mutual Investors Fund Cl . A | | None | K | T | | | | | |
| 83. Strips-Tint-US Treasury Int. 0% | | None | L | T | | | | | |
| 84. CH Energy Group | A | Dividend | J | T | | | | | |
| 85. Putnam Income Fund A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/17/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Whole Life Insurance Policy AXA Equitable | E | Dividend | N | T | | | | | |
| 87. Citibank Checking Accounts | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kuntz, William F. | 04/17/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William F. Kuntz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544